UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOMMA ZARUBINA,<br>    a/k/a "Alyssa,"<br><br>               Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>24 Mag. 4038 |

State of New York                        )
County of New York                  : ss.:
Southern District of New York  )

      David J. Robles, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Edward Y. Kim, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated November 19, 2024, with violations of 18 U.S.C. §§ 1001. The defendant was arrested on November 21, 2024 and was presented in this District before Magistrate Judge Stewart D. Aaron on that same date, at which proceeding the defendant was represented by Kristoff Williamson, Esq., and ordered released on bail with certain conditions.

      3.      At the presentment on November 21, 2024, a preliminary hearing was scheduled for December 23, 2024, after defense counsel consented to extend the deadline within which to

conduct a preliminary hearing. Under the Speedy Trial Act, the Government had until December 23, 2024 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

5. On December 23, 2024, at the request of the Government and with the consent of the defendant and her counsel, the Honorable Sarah Netburn, United States Magistrate Judge, Southern District of New York, issued an order of continuance extending the time within which to file an indictment or information until January 22, 2025.

6. Defense counsel and I have had preliminary discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before January 22, 2025.

7. Therefore, the Government requests a 30-day continuance until February 19, 2025 to continue the foregoing discussions toward resolving this matter. On January 16, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to February 19, 2025, and has specifically consented to this request.

8. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       January 17, 2025

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　David J. Robles
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　212-637-2550