# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 5, 2025

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Nomma Zarubina
         24-MAG-4038 (UA)**

> Application GRANTED.
>
> Dated: New York, NY
>         March 6, 2025
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Dear Duty Magistrate:

    Nomma Zarubina, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel by car to the District of Maryland on March 6, 2025, and to return to New York on March 8, 2025. The purpose of the trip is a family vacation with her ex-husband and their daughter. The address where they will be staying has already been provided to pretrial services.

    Undersigned counsel has reached out to both pretrial services and the government about this request. Neither pretrial services nor the government have any objection. Accordingly, Ms. Zarubina asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791